| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kapala, Frederick J | 2. Court or Organization<br><br>District Court, N D Illinois | 3. Date of Report<br><br>12/07/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5a. Report Type (check appropriate type)<br><br>[X] Nomination,    Date 12/05/2006<br>[ ] Initial    [ ] Annual    [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br>1/1/2005<br>to<br>11/30/2006 |
| 7. Chambers or Office Address<br><br>6801 Spring Creek Road<br>Rockford, IL 61107 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust # 2 |
| 3. Trustee | Trust # 3 |
| 4. Trustee | Trust # 4 |
| 5. Trustee | Trust # 5 |
| 6. Director | Anderson Gardens, an Illinois not-for-profit corporation |
| 7. Trustee | Trust # 6 |
| 8. Trustee | Trust #7 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/30/2006 | State of Illinois Retirement System, pension benefits payable at retirement at or after age 55 |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2004 | State of Illinois - Circuit Court Judge compensation | $ 148,581.43 |
| 2. 2005 | State of Illinois - Circuit Court Judge compensation | $ 142,689.68 |
| 3. 2006 | State of Illinois - Circuit Court Judge compensation | $ 146,182.22 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. EXEMPT | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

**FINANCIAL DISCLOSURE REPORT**
Page 3 of 8

Name of Person Reporting

Kapala, Frederick J

Date of Report

12/07/2006

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. Wanda Brunngart | personal loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J | 12/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank account # 1 | A | Interest | J | T | EXEMPT | | | | |
| 2. Chase Bank account # 2 | A | Interest | | | | | | | |
| 3. Chase Bank account # 3 | E | Interest | | | | | | | |
| 4. Blackhawk Bank account # 1 | A | Interest | J | T | | | | | |
| 5. Blackhawk Bank account # 2 | A | Interest | J | T | | | | | |
| 6. Blackhawk Bank account # 3 | D | Interest | M | T | | | | | |
| 7. Blackhawk Bank account # 4 | C | Interest | | | | | | | |
| 8. US Bank account | A | Interest | J | T | | | | | |
| 9. Union Trust Co. account | B | Interest | | | | | | | |
| 10. N.Y. Community Bank account | B | Interest | | | | | | | |
| 11. Stillwater Bank account | | Interest | L | T | | | | | |
| 12. Heritage Cash Trust | A | Interest | J | T | | | | | |
| 13. RJ Bank deposit program | A | Interest | J | T | | | | | |
| 14. First Trust S&P Target SMID 60 Portfolio | A | Dividend | J | T | | | | | |
| 15. First Trust Equity Income Select # 7 | A | Dividend | K | T | | | | | |
| 16. First Trust Portfolios L. P. Large-Cap Growth Port Series 8 | A | Dividend | K | T | | | | | |
| 17. First Trust Portfolios L. P. Large-Cap Value Port. Series 8 | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
- A =$1,000 or less
- B =$1,001 - $2,500
- C =$2,501 - $5,000
- D =$5,001 - $15,000
- E =$15,001 - $50,000
- F =$50,001 - $100,000
- G =$100,001 - $1,000,000
- H1 =$1,000,001 - $5,000,000
- H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
- J =$15,000 or less
- K =$15,001 - $50,000
- L =$50,001 - $100,000
- M =$100,001 - $250,000
- N =$250,001 - $500,000
- O =$500,001 - $1,000,000
- P1 =$1,000,001 - $5,000,000
- P2 =$5,000,001 - $25,000,000
- P3 =$25,000,001 - $50,000,000
- P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
- Q =Appraisal
- R =Cost (Real Estate Only)
- S =Assessment
- T =Cash Market
- U =Book Value
- V =Other
- W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. First Trust Target VIP June 2006 | A | Dividend | J | T | | | | | |
| 19. Van Kampen Strategic Growth Lrg-Cap 2006-2 Wrap | A | Dividend | K | T | | | | | |
| 20. Van Kampen Great Intl Firms, series 28 - Cash Wrap 5.5 | A | Dividend | J | T | | | | | |
| 21. Van Kampen Global 45 Div Strategic Port 2006-03 | A | Dividend | K | T | | | | | |
| 22. DWS Multi Mkt Income Trust | A | Dividend | J | T | | | | | |
| 23. ING Prime Rate Tr SH Ben Int | B | Dividend | K | T | | | | | |
| 24. Ishares Tr S&P500 Grw | A | Dividend | K | T | | | | | |
| 25. Ishares Tr S&P500 Value | A | Dividend | K | T | | | | | |
| 26. Ishares Tr Msci EAFE IDX | A | Dividend | J | T | | | | | |
| 27. Ishares Tr Rusl 2000 Valu | A | Dividend | J | T | | | | | |
| 28. Trust # 1, trustee and income beneficiary | A | None | J | T | | | | | |
| 29. Drugstore.com stock | | | | | | | | | |
| 30. Trust # 2, trustee and income beneficiary | A | None | J | T | | | | | |
| 31. Drugstore.com stock | | | | | | | | | |
| 32. IRA # 1 | A | Dividend | J | T | | | | | |
| 33. Kinross Gold corp. stock | | | | | | | | | |
| 34. Time Warner, Inc. stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | D =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J | 12/07/2006 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA # 2 | A | Interest | K | T | | | | | |
| 36. Drugstore.com stock | | | | | | | | | |
| 37. Morgan Stanley Money market | | | | | | | | | |
| 38. Mary Anderson, note receivable | | None | J | T | | | | | |
| 39. Real Estate # 1, Winnebago County, Illinois (2005, $100,000) | | None | L | R | | | | | |
| 40. Real Estate # 2, Winnebago County, Illinois (2003, $25,000) | A | Rent | K | R | | | | | |
| 41. Real Estate # 3, Winnebago County, Illinois ($47,129) | | None | K | S | | | | | |
| 42. Real Estate # 4, Ashland County, Wisconsin ($19,775) | | None | K | S | | | | | |
| 43. Trust # 6, income beneficiary | A | Interest | J | T | | | | | |
| 44. Wachovia Securities Bank Sweep Option | | | | | | | | | |
| 45. Trust # 7, income beneficiary | B | Interest | K | T | | | | | |
| 46. Wachovia Securities Bank Sweep Option | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I. Positions and Part VII. Investments and Trusts. For Trusts # 3, 4 and 5 no assets are reported in Part VII. The reporting person resigned as trustee in March 2006 and transferred all records to the successor trustee. Neither the reporting person, the reporting person's spouse nor the reporting person's dependent children have any beneficial interest in Trusts # 3, 4, or 5. Neither Trust # 3, 4 nor 5 was created by the reporting person, his spouse or any dependent child.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date 12-7-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 259 | 683 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 206 | 826 | Notes payable to relatives | | 34 | 000 |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 1 | 000 |
| Due from relatives and friends | | 9 | 375 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 105 | 005 |
| Real estate owned-add schedule | | 476 | 904 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 60 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| CD | | 100 | 000 | | | | |
| Trust accounts | | 50 | 252 | | | | |
| IRA Accounts | | 39 | 000 | Total liabilities | | 140 | 005 |
| | | | | Net Worth | 1 | 062 | 035 |
| Total Assets | 1 | 202 | 040 | Total liabilities and net worth | 1 | 202 | 040 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |